## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY SHEPARD,<br><br>        Plaintiff,<br><br>  v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | 3:19-cv-00579-RCJ-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via an undeliverable notice (ECF No. 45) that Plaintiff may now be housed at Ely State Prison. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

This order, the court's order of December 6, 2022 (ECF No. 43), Defendants' Motion for Summary Judgment (ECF No. 40), Defendants' Motion for Leave to File Confidential Documents Under Seal in Support of Defendants' Motion for Summary Judgment (ECF No. 41), Defendants' Notice of Under Seal Submission (ECF No. 42), and Defendants' Erratum to Defendants' Motion for Summary Judgment (ECF No. 47) shall be served upon Plaintiff in care of Ely State Prison and Warm Springs Correctional Center.

**IT IS SO ORDERED.**

DATED: January 3, 2023.

_____
UNITED STATES MAGISTRATE JUDGE