UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY SHEPARD,<br><br>           Plaintiff,<br><br>v.<br><br>DIRECTOER, NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>           Defendants. | Case No.: 3:19-CV-00579-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 65) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge, (ECF No. 65[1]), entered on July 12, 2023, recommending that the Court grant in part and deny in part Defendants' motion for summary judgment. (ECF No. 40).  No objection to the Report and Recommendation has been filed.

      This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation, (ECF No. 65), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment, (ECF No. 40), is **GRANTED IN PART** and **DENIED IN PART** as follows:

The motion is **GRANTED** as to (1) the claims against Dr. Aranas, Oliver and Howell; and (2) the claims against Dr. Calderon in Count II.

The motion is **DENIED** as to the claims against Dr. Calderon in Counts I and III.

**IT IS SO ORDERED**.

Dated this 31ST day of August 2023.

_____
ROBERT C. JONES
Senior United States District Judge