AARON D. FORD
Attorney General
CHRIS DAVIS (Bar No. 6616)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, Carlos Calderon,
Jerry Howell and Ronald Oliver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY SHEPARD, | Case No. 3:19-cv-00579-RCJ-CSD |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants Romeo Aranas, Carlos Calderon, Jerry Howell and Ronald Oliver, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff Gary Shepard, by and through counsel, Travis N. Barrick, Esq., of Gallian Welker & Associates, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

1

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

GALLIAN WELKER & ASSOCIATES

AARON D. FORD
Attorney General

By: __/s/ Travis N. Barrick__
    Travis N. Barrick, Esq, Bar No. 9257
    *Attorneys for Plaintiff-Appellee*

By: __/s/ Chris Davis__
    Chris Davis, Bar No. 6166
    Senior Deputy Attorney General
    *Attorneys for Defendants-Appellants*

Dated: 1/29/2024

Dated: 1/29/2024

By: __Gary Shepard__ (signature)
    Gary Shepard
    *Plaintiff*

Dated: 4-2-24

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** April 15, 2024